### Marchegiani, Appellant, *v.* Village Slope Coal Company.

 Argued September 11, 1967. *William T. Malone*, with him *Powell and Malone*, for appellant; *Charles J. Bufalino, Jr.*, Special Assistant Attorney General, with him *Clyde M. Hughes, Jr.*, Assistant Attorney General, and *William C. Sennett*, Attorney General, for Commonwealth, appellee.

Order affirmed.

### Marinucci, Appellant, *v.* Ace Cleaning & Maintenance Co.

 Argued September 18, 1967. *Joseph Hakun*, with him *Sheer & Mazzocone*, for appellant; *Joseph J. Murphy*, with him *Murphy, Veldorale & Weisbord*, for appellee.

Order affirmed.